**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY CURD, | No. C 06-03608 WHA |
| Plaintiff, | |
| v. | ***SUA SPONTE* ORDER OF REFERRAL** |
| COMFORT INN, | |
| Defendant. / | |
| | |
| JEREMY CURD, | No. C 03-03904 CW |
| Plaintiff, | |
| v. | |
| MENZIES/OGDEN AVIATION, | |
| Defendant. / | |

The undersigned believes that *Curd v. Comfort Inn*, C 06-03608 WHA may be related to *Curd v. Menzies/Ogden Aviation*, C 03-03904 CW. *Curd v. Comfort Inn* therefore is referred to Judge Claudia Wilken with a request that she consider whether the cases are related.

**IT IS SO ORDERED.**

Dated: June 8, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE